IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE M. HORR as guardian for WALLACE H. HORR, an incapacitated and disabled person. | ) ) ) ) | USDC Case No.: 17-2716 |
| Plaintiff, | ) ) | Case No  17SL-CC03795 |
| vs. | ) ) | |
| ERIC HARR | ) ) | |
| and | ) ) | **DEFENDANTS DEMAND TRIAL BY JURY** |
| TERRY HARR | ) ) | |
| Defendants. | ) | |

## ANSWER

COMES NOW Defendants Eric Harr and Terry Harr ("Defendants") by their attorneys, Greensfelder, Hemker & Gale, P.C., and for their Answer to Plaintiff's Petition, respectfully states as follows:

1. Defendants admit the allegations contained in paragraph 1 of the Petition.

2. Defendants deny the allegations contained in paragraph 2 of the Petition.

3. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraph 3 of the Petition and, therefore, denies the same.

4. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraph 4 of the Petition and, therefore, denies the same.

5. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraph 5 of the Petition and, therefore, denies the same.

6. Defendants deny the allegations contained in paragraph 6 of the Petition.

7. Defendants deny the allegations contained in paragraph 7 of the Petition.

8. Defendants admit the allegations contained in paragraph 8 of the Petition.

9. Defendants deny the allegations contained in paragraph 9 of the Petition.

10. Defendants deny the allegations contained in paragraph 10 of the Petition.

11. Defendants deny the allegations contained in paragraph 11 of the Petition.

12. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraph 12 of the Petition and, therefore, denies the same.

13. Defendants deny the allegations contained in paragraph 13 of the Petition.

14. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraph 14 of the Petition and, therefore, denies the same.

15. Defendants deny the allegations contained in paragraph 15 of the Petition.

## COUNT I – FINANCIAL EXPLOITATION

1.-15. Defendants restate and reallege each and every answer to each and every preceding paragraph appearing in Plaintiff's Petition as if fully stated herein.

16. Defendants deny the allegations contained in paragraph 16 of the Petition.

17. Defendants deny the allegations contained in paragraph 17 of the Petition.

18. Defendants deny the allegations contained in paragraph 18 of the Petition.

WHEREFORE, Defendants Eric Harr and Terry Harr, request this Court deny the judgment requested, and to order such other and further relief this Court deems just and proper under the circumstances.

## COUNT II – FINANCIAL EXPLOITATION

1.-18. Defendants restate and reallege each and every answer to each and every preceding paragraph appearing in Plaintiff's Petition as if fully stated herein.

19. Defendants deny the allegations contained in paragraph 19 of the Petition.

20. Defendants deny the allegations contained in paragraph 20 of the Petition.

21. Defendants deny the allegations contained in paragraph 21 of the Petition.

WHEREFORE, Defendants Eric Harr and Terry Harr, request this Court deny the judgment requested, and to order such other and further relief this Court deems just and proper under the circumstances.

## DEFENDANTS' AFFIRMATIVE DEFENSES

COMES NOW Defendants Eric Harr and Terry Harr ("Defendants"), by their attorneys, Greensfelder, Hemker & Gale, P.C., and for their Affirmative Defenses to Plaintiff's Petition against Defendants, respectfully state as follows:

## FIRST DEFENSE

1. Plaintiff's Petition fails to state a claim against Defendants upon which relief can be granted.

## SECOND DEFENSE

2. Defendants reserve the right to plead additional affirmative defenses as discovery proceeds.

WHEREFORE, Defendants Eric Harr and Terry Harr, request this Court deny the judgment requested, and to order such other and further relief this Court deems just and proper under the circumstances.

**DEFENDANTS DEMAND TRIAL BY JURY**

                                                         Respectfully submitted,

DATED: November 15, 2017           GREENSFELDER, HEMKER & GALE, P.C.

                                        By:   */s/ Donald K. Schoemaker*
                                                   Donald K. Shoemaker, MO #39084
                                                   dks@greensfelder.com
                                                   Alexa M. Callahan, MO #69991
                                                   acallahan@greensfelder.com
                                                   12 Wolf Creek Drive, Suite 100
                                                   Belleville, Illinois 62226
                                                   Telephone: (618) 257-7308
                                                   Facsimile: (618) 257-7353

                                                   *Attorneys for Defendants*
                                                   *Eric Harr and Terry Harr*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 15th day of November, 2017, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                         */s/ Donald K. Schoemaker*