IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLE M. HORR as guardian for WALLACE H. HORR, an incapacitated and disabled person. | )<br>)<br>) USDC Case No.: 17-2716<br>) |
| Plaintiff, | ) Case No  17SL-CC03795<br>) |
| vs. | )<br>) |
| ERIC HARR | )<br>) |
| and | )<br>) |
| TERRY HARR | )<br>) |
| Defendants. | ) |

## MOTION TO FILE AMENDED STATE COURT RECORD *SUA SPONTE*

COMES NOW Defendants ERIC HARR and TERRY HARR, by and through their attorneys GREENSFELDER, HEMKER & GALE, P.C., and pursuant to 28 U.S.C § 1446(a), hereby file this Motion to File an Amended State Court Record *Sua Sponte* to reflect all documents filed in the Circuit Court of St. Louis County, State of Missouri.

1. Pursuant to 28 U.S.C § 1446(a), a true and correct copy of the state court case file is attached hereto and incorporated herein by reference as **Exhibit A**.  Exhibit A includes all process, pleadings, motions, and orders filed in this case.

2. A true and accurate copy of the Case.net Docket is attached hereto and incorporated herein by reference as **Exhibit B**.

3. In further support, Defendants adopt and incorporate by reference its Memorandum of Law filed along with this Motion.

Respectfully submitted,

DATED: November 29, 2017　　　　GREENSFELDER, HEMKER & GALE, P.C.

By:　*/s/ Alexa M. Callahan*
　　　Donald K. Schoemaker, MO #39084
　　　dks@greensfelder.com
　　　Alexa M. Callahan, MO #69991
　　　acallahan@greensfelder.com
　　　12 Wolf Creek Drive, Suite 100
　　　Belleville, Illinois 62226
　　　Telephone: (618) 257-7308
　　　Facsimile: (618) 257-7353

*Attorneys for Defendants*
*Eric Harr and Terry Harr*

## CERTIFICATE OF SERVICE

　　　The undersigned certifies that on this 29th day of November, 2017, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Alexa M. Callahan*