IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLE M. HORR as guardian for WALLACE H. HORR, an incapacitated and disabled person,<br><br>WALLACE H. HORR, and<br><br>NICOLE M. HORR,<br><br>        Plaintiffs,<br><br>vs.<br><br>ERIC HARR, and<br><br>TERRY HARR,<br><br>        Defendants. | Case No.: 4:17-CV-02716-JAR |

## PLAINTIFFS' MOTION FOR

## APPROVAL OF DISBURSEMENT OF SETTLEMENT PROCEEDS

COMES NOW, Plaintiffs, through counsel, and state as follows for their Motion for the Court's Approval to disburse settlement proceeds as follows:

1. The essence of this case is Plaintiffs' allegation that Defendants removed and converted monies from a joint bank account held by Nicole Horr and Wallace Horr.

2. At mediation, Defendants settled the matter and agreed to pay to both Plaintiffs collectively, thirty-nine thousand dollars ($39,000.00).

  3. Counsel for Plaintiffs has a contingency fee agreement entitling him to 35% of the gross settlement proceeds plus all costs incurred. The total attorney's fees are $13,650.00.

  4. To date, Plaintiffs' costs in the matter are $3,921.65.

  5. Nicole Horr as guardian for Wallace Horr is in arrears to the Estate of Wallace Horr for $3,700.00 as she was unable to pay because of the missing money alleged in the petition. Payment should be directed to Tom Arras, conservator for Wallace Horr.

  6. There is an outstanding bill to Nicole Horr for Wallace Horr's hearing aids for $7,740.00 which should be paid to Southwestern Hearing Aid Co.

  7. The remainder will be split between the Plaintiffs 50/50 entitling Wallace Horr to $4,994.18 and Nicole Horr to $4,994.17.

 ACCORDINGLY, Plaintiffs respectfully request that this Honorable Court approve a payment to Dale Funk and Associates, LLC of $17,571.65, a payment to Southwestern Hearing Aid Co. of $7,740.00, a payment to Tom Arras as conservator for Wallace Horr of $3,700.00, a payment to Nicole Horr of $4,994.17 and a Payment to Wallace Horr of $4,994.18.

                        RESPECTFULLY SUBMITTED:
                        DALE FUNK AND ASSOCIATES, LLC

BY:    __/s/ Dale R. Funk_____
           Dale R. Funk, #65326MO
           Dale Funk and Associates, LLC
           3024 S. Jefferson Ave
           Saint Louis, MO 63118
           (314) 438-3865
           (203) 905-6751 (fax)
           dale@dalefunklaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties of record using this Court's electronic filing system and by depositing a copy of same in the U.S. Mail postage prepaid on this 3rd day of October, 2018 and addressed to the following:

Donald K. Shoemaker  
Alexa M. Callahan  
12 Wolf Creek Drive, Suite 100  
Belleville, IL 62226  
dks@greensfelder.com  
acallahan@greensfelder.com  
(618) 257-7308  
(618) 275-7353 (fax)

                                             ___/s/ Dale R. Funk_____