IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLE M. HORR as guardian for WALLACE H. HORR, an incapacitated and disabled person, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:17-CV-02716-JAR |
| ERIC HARR | ) ) ) |
| and | ) ) |
| TERRY HARR, | ) ) ) |
| Defendants. | ) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

COMES NOW Alexa M. Callahan, of Greensfelder, Hemker & Gale, P.C., and hereby requests that this Court enter an Order allowing her to withdraw as counsel for Defendants, Eric Harr and Terry Harr, in the above-styled case.

DATED: October 8, 2018             GREENSFELDER, HEMKER & GALE, P.C.

By:    /s/ Alexa M. Callahan_____
Donald K. Schoemaker, MO #39084
dks@greensfelder.com
Alexa M. Callahan, MO #69991
acallahan@greensfelder.com
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: (618) 257-7308
Facsimile: (618) 257-7353

*Attorneys for Defendants*
*Eric Harr and Terry Harr*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of October, 2018, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

Dale R. Funk
Email: dale@dalefunklaw.com

/s/ Alexa M. Callahan_____